# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

EDDIE LAMAR DUNBAR,

    Plaintiff,

v.

CALIFORNIA CORRECTIONS DEPARTMENT, et al.,

    Defendants.

Case No. 19-cv-03784-RMI

**ORDER TRANSFERRING CASE**

This is a civil rights case brought *pro se* by a detainee. Plaintiff presents allegations that occurred in 2015 and 2016 at High Desert State Prison and Folsom State Prison. Both of those facilities are located in the Eastern District of California. While Plaintiff is incarcerated in this district, the defendants, as well as the locations of the incidents underlying the allegations, are located in the Eastern District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon Plaintiff's request for leave to proceed *in forma pauperis* (dkt. 2) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 18, 2019

ROBERT M. ILLMAN
United States Magistrate Judge