UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LAMAR DUNBAR,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendant. | No. 2:19-cv-1359 JAM DB<br><br><br>ORDER |

Plaintiff is a county inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that officers used excessive force against him, denied him medical treatment, and threatened him. By order dated November 20, 2020 this action was referred to the court's post screening Alternative Dispute Resolution (ADR) project. (ECF No. 29.) Defendants have now filed a motion seeking to opt out of the ADR project because they have determined that conducted a settlement conference would be a waste of judicial resources. (ECF No. 30.) Upon review the court finds good cause to grant the motion.

////

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 30) is granted and the stay of this action is lifted; and

2. Within thirty days of the date of this order, defendants shall file a responsive pleading.

Dated: January 21, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/dunb1359.opt.out